FORM B6A
(6/90)

In re: **Barbara Loran**          Case No. **05-09760-PCW13**

       Debtor                                             (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | Total ➢ | 0.00 | |

(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re **Barbara Loran**         Case No.    **05-09760-PCW13**

      Debtor                                               (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | | 60.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous household goods and furnishings** | | 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Miscellaneous books, picktures, collectibles** | | 100.00 |
| 6. Wearing apparel. | | **Clothing** | | 250.00 |
| 7. Furs and jewelry. | | **Miscellaneous jewelry** | | 200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Miscellaneous firearms, sports equipment, etc.** | | 400.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Interest in Endless Health Northwest (100% interest)** | | 0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

In re  **Barbara Loran**            Case No. **05-09760-PCW13**
Debtor                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | **Miscellaneous office furnishings and supplies** | | 250.00 |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |

FORM B6B
(10/89)

In re **Barbara Loran**           '    Case No.    **05-09760-PCW13**

         Debtor                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30. Crops - growing or harvested.  Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | X | | | |

            <u> 2 </u>    continuation sheets attached          Total   '      **$  1,760.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6C
(6/90)

In re  **Barbara Loran**_____, Case No.  **05-09760-PCW13**
               Debtor.                                                                                  **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☒ 11 U.S.C. § 522(b)(1)      Exemptions provided in 11 U.S.C. § 522(d).    **Note:  These exemptions are available only in certain states.**

☐ 11 U.S.C. § 522(b)(2)      Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has
                             been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day
                             period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the
                             interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Cash on hand** | **11 USC § 522(d)(5)** | 60.00 | 60.00 |
| **Clothing** | **11 USC § 522(d)(3)** | 250.00 | 250.00 |
| **Miscellaneous books, picktures, collectibles** | **11 USC § 522(d)(3)** | 100.00 | 100.00 |
| **Miscellaneous firearms, sports equipment, etc.** | **11 USC § 522(d)(3)** | 400.00 | 400.00 |
| **Miscellaneous household goods and furnishings** | **11 USC § 522(d)(3)** | 500.00 | 500.00 |
| **Miscellaneous jewelry** | **11 USC § 522(d)(4)** | 200.00 | 200.00 |
| **Miscellaneous office furnishings and supplies** | **11 USC § 522(d)(5)** | 250.00 | 250.00 |

FORM B6D
(12/03)

In re: **Barbara Loran** _____,     Case No. **05-09760-PCW13**

       Debtor                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br><br> | | | **VALUE** | | | | | |

<u>0</u> Continuation sheets attached

|  | |
|---|---|
| Subtotal ▶<br>(Total of this page) | **$0.00** |
| Total ▶<br>(Use only on last page) | **$0.00** |

(Report total also on Summary of Schedules)

In re **Barbara Loran**                                                                    Case No.   **05-09760-PCW13**
_____                                                        _____
Debtor                                                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**      (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  Continuation sheets attached

In re    **Barbara Loran**                                          .    Case No.    **05-09760-PCW13**
                    Debtor                                                                  (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |

Sheet no.  1 of  1 sheets attached to Schedule of Creditors Holding Priority Claims

|  | | |
|---|---|---|
| Subtotal (Total of this page) | | $0.00 |
| Total (Use only on last page of the completed Schedule E.) | | $0.00 |

(Report total also on Summary of Schedules)

Form B6F (12/03)

In re  **Barbara Loran**                                    Case No.  **05-09760-PCW13**
                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Amy (Kuhn)**<br>**1120 10th Avenue Apt D**<br>**Seattle, WA 98122** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>**Anton Alfreness**<br>**210 Wall Street #1507**<br>**Seattle, WA 98121** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>**April Lane**<br>**c/o Joel Severson**<br>**8845 Wallingford Avenue N**<br>**Seattle, WA 98105-4105** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>**Becky Gordon**<br>**845 Fox Creek Road**<br>**Priest River, ID 83856** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>**Berry Gordon**<br>**c/o Becky Gordon**<br>**845 Fox Ck. Rd.**<br>**Priest River, ID 83856** | | | | | X | X | 1.00 |

<u>23</u>   Continuation sheets attached

Subtotal ➤

Total ➤

$5.00

In re  **Barbara Loran**                                                                Case No.   **05-09760-PCW13**
                    Debtor                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Bets Adair** 14447 127th Lane NE #S24 Kirkland, WA 98034-1244 | | | | | X | X | 1.00 |
| ACCOUNT NO. **Betsy Gummow** 2106 E. Thomas Street Seattle, WA 98112 | | | | | X | X | 1.00 |
| ACCOUNT NO. **Betty Murphy** | | | | | X | X | 1.00 |
| ACCOUNT NO. **Bob & JoDee Wiebe** 10936 SE 186th Street Renton, WA 98055 | | | | | X | X | 1.00 |
| ACCOUNT NO. **Bob Richardson** Suburban Investments Corp 7450 S Eastern, #2044 Las Vegas NV 89123 | | | | | X | X | 1.00 |

Sheet no. _1_ of _23_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

Total
(Use only on last page of the completed Schedule F.)

| | |
|---|---|
| | **$5.00** |
| | |

Form B6F - Cont.
(12/03)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Bret Barton**<br>**17026 33rd Avenue NE**<br>**Lake Forest Park, WA 98155** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>**Brian and Morgan Davenport**<br>**519 S 11th Street**<br>**Coeur d'Alene, ID 83814** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>**Bridget Crispin**<br>**3933 154th Avenue SE**<br>**Bellevue, WA 98006** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>**Bryon Harrison**<br>**1 2nd Avenue E. C-250**<br>**Polson, MT 59860** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>**Byron Franklin**<br>**c/o Bets Adair**<br>**14447 127th Lane NE #S24**<br>**Kirkland, WA 98034** | | | | | X | X | 1.00 |

Sheet no. _2_ of _23_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **$5.00**

Total
(Use only on last page of the completed Schedule F.)

In re  **Barbara Loran**                                           Case No.   **05-09760-PCW13**
                    Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Cafe Van Gogh**<br>**2518 123rd Avenue SE**<br>**Bellevue, WA 98005** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>**Castelda and Castelda**<br>**Anthony Castelda**<br>**204 S. Whitcomb Avenue**<br>**PO Box 1307**<br>**Tonasket, WA 98855** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>**Cathy Bialas**<br>**5205 230th Street SW**<br>**Mount Lake Terrace, WA 98043** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>**Chandra (Dayton)**<br>**Spokane, WA** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>**Charles Weatherill**<br>**PO Box 2541**<br>**Pullman, WA 99165** | | | | | X | X | 1.00 |

Sheet no. _3_ of _23_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page of the completed Schedule F.)

$5.00

Form B6F - Cont.
(12/03)

In re  **Barbara Loran** _____  Case No.  <u>05-09760-PCW13</u>
                    Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Chris Smith**<br>**1800 N. Cole Road #I-308**<br>**Boise, ID 83704** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br>**Chris Vandervort**<br>**18040 NE 155 PL**<br>**Woodinville, WA 98072** | | | | | X | X | 1.00 |
| ACCOUNT NO.  **2949**<br>**Citibank Credit Card**<br>**PO Box 6416**<br>**The Lakes, NV 88901-6416**<br><br>**Citibank Credit Card**<br>**Citibank Customer Service**<br>**PO Box 6500**<br>**Sioux Falls, SD 57117** | | | Charges | | | | 11,000.00 |
| ACCOUNT NO.<br>**Classic Plumbing**<br>**14107 NE 62nd**<br>**Redmond, WA 98052** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br>**Comcast** | | | | | | | 0.00 |

Sheet no. <u>4</u> of <u>23</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

Total
(Use only on last page of the completed Schedule F.)

**$11,003.00**

Form B6F - Cont.
(12/03)

In re  **Barbara Loran** _____,    Case No.  **05-09760-PCW13**

                **Debtor**                                                                       (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Craig Mueller** <br> **PO Box 1312** <br> **Seattle, WA 98111-1312** | | | | | X | X | 1.00 |
| ACCOUNT NO. <br><br> **Cynthia Caraway** <br> **814 19th Avenue** <br> **Seattle, WA 98122** | | | | | X | X | 1.00 |
| ACCOUNT NO. <br><br> **Dan Schmitz and Heather May** <br> **19519 55th Avenue NE** <br> **Lake Forest Park, WA 98155** | | | | | X | X | 1.00 |
| ACCOUNT NO. <br><br> **Daniel Schneider** <br> **2838 E. Lake Sammamish Pkwy NE** <br> **Sammamish, WA 98074** | | | | | X | X | 1.00 |
| ACCOUNT NO. <br><br> **Darrel Duncan** <br> **1829 N. 200th Street** <br> **Shoreline, WA 98133** | | | | | X | X | 1.00 |

Sheet no. _5_ of _23_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                       Subtotal ►

                    (Total of this page)

                         Total ►

      (Use only on last page of the completed Schedule F.)

| $5.00 |
|---|
|  |

In re   **Barbara Loran**                                                                    ,   Case No.   **05-09760-PCW13**
           Debtor                                                                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Dean Hardwick<br>458 Brooks Lake Road<br>Dubois, WY 82513 | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>Dean LaFontaine<br>12644 SE 4th Pl<br>Bellevue WA 98005 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Deborah Burnard<br>PO Box 1305<br>Bethal, AK 99559 | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>Denise Geroux<br>17703 15th Avenue NE<br>Seattle, WA 98155 | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>Diamond Dry, Inc.<br>321 Crosby Lane<br>Port Angeles, WA 98362 | | | | | X | X | 1.00 |

Sheet no. _6_ of _23_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

Total
(Use only on last page of the completed Schedule F.)

| | |
|---|---|
| | **$4.00** |
| | |

In re  **Barbara Loran** _____, Case No.  <u>05-09760-PCW13</u>

_____Debtor_____                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Donna McCaw**<br>**3227 Ashworth Road**<br>**Waukee, IA 50263** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br>**Ed and Karrie Brothers**<br>**28515 NE Tolt Hill Road**<br>**Carnation, WA 98014** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br>**Endless Health Northwest, Inc.**<br>**4317 Factoria Blvd SE Suite A**<br>**Bellevue, WA 98006** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br>**Erita Schneider**<br>**1519 NE 98th Street**<br>**Seattle, WA 98115** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br>**Essie (Anderson) Learn** | | | | | X | X | 1.00 |

Sheet no. <u>7</u> of <u>23</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

Total
(Use only on last page of the completed Schedule F.)

| | |
|---|---|
| | $5.00 |
| | |

In re  **Barbara Loran** _____, Case No. ___05-09760-PCW13___

Debtor

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Ferry County Memorial Hospital 36 Klondike Road Republic, WA 99166-9700** | | | 03/19/2005 **Medical** | | | | 922.00 |
| ACCOUNT NO. **Fidos, Inc. 2810 N. Monroe Spokane, WA 99205** | | | | | X | X | 1.00 |
| ACCOUNT NO. **Fran Olson 4016 NE 57th Street Seattle, WA 98105-2244** | | | | | X | X | 1.00 |
| ACCOUNT NO. **Frank Stone 1614 Abe Martin Norman, OK 73071** | | | | | X | X | 1.00 |
| ACCOUNT NO. **Gene Apperson & Pam McEachern PO Box 846 Pullman, WA 99163** | | | | | X | X | 1.00 |

Sheet no. _8_ of _23_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤

(Total of this page)

Total ➤

(Use only on last page of the completed Schedule F.)

| | |
|---|---|
| | **$926.00** |

In re  **Barbara Loran**                                      , Case No.   05-09760-PCW13
                Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Gina Tartamella<br>25 Valley Trl.<br>Sedona, AZ 86351-7933 | | | | | X | X | 1.00 |
| ACCOUNT NO. <br><br>GNER, Inc.<br>PO Box 66<br>Wauconda, WA 98859 | | | | | X | X | 1.00 |
| ACCOUNT NO. <br><br>Helen F. Hancken<br>PO Box 3189<br>Bethel, AK 99559 | | | | | X | X | 1.00 |
| ACCOUNT NO. <br><br>James & Terry King<br>c/o Kevin O'Rourke, Atty<br>421 W Riverside, #960<br>Spokane WA 99201 | | | | | | | 1.00 |
| ACCOUNT NO. <br><br>James Moore<br>14 Snowberry Lane<br>Curlew, WA 99118 | | | | | X | X | 1.00 |

Sheet no. _9_ of _23_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►
(Total of this page)

Total ►
(Use only on last page of the completed Schedule F.)

| | |
|---|---|
| | $5.00 |
| | |

In re  **Barbara Loran**                                                                                          , Case No.  **05-09760-PCW13**
　　　　　　　Debtor                                                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Janae White Eagle We'<br>c/o Joy Barnhart<br>3522 W. Rockwell<br>Spokane, WA 99203 | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>Janine Hegy<br>PO Box 2876<br>Sequim, WA 98382 | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>Jasper Van Vleit<br>1519 NE 98th Street<br>Seattle, WA 98115 | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>Jeannine Welfelt<br>117 E. Louisa Street #254<br>Seattle, WA 98102 | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>Jeffrey L. Herman<br>Herman Law Firm, LLC<br>10303 Meridian Avenue N<br>Suite 300<br>Seattle, WA 98133 | | | | | | | 250.00 |

Sheet no. _10_ of _23_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page of the completed Schedule F.)

| | |
|---|---|
| | **$254.00** |
| | |

In re  **Barbara Loran**＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿, Case No.  <u>05-09760-PCW13</u>

              **Debtor**                                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Jessie Rowe c/o Tim Rowe**<br>**14107 NE 62nd**<br>**Redmond, WA 98052** | | | | | X | X | 1.00 |
| ACCOUNT NO. <br><br>**Jim & Bev Cox**<br>**321 Crosby Lane**<br>**Port Angeles, WA 98362** | | | | | X | X | 1.00 |
| ACCOUNT NO. <br><br>**Joanna Ortolano**<br>**10318 206th Avenue NE**<br>**Redmond, WA 98053** | | | | | X | X | 1.00 |
| ACCOUNT NO. <br><br>**Joel Severson**<br>**8845 Wallingford Avenue N**<br>**Seattle, WA 98105-4105** | | | | | X | X | 1.00 |
| ACCOUNT NO. <br><br>**John and Joy Barnhart**<br>**3522 W. Rockwell**<br>**Spokane, WA 99203** | | | | | X | X | 1.00 |

Sheet no. <u>11</u> of <u>23</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

| | $5.00 |
|---|---|

Total ➤
(Use only on last page of the completed Schedule F.)

In re __Barbara Loran__                                                                    , Case No. __05-09760-PCW13__
                          Debtor                                                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>John Gutensohn<br>Brier, WA | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>Joseph Brothers<br>8910 30th Avenue NW<br>Seattle, WA 98117 | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>June Cade<br>25212 Vantage Street<br>Quincy, WA 98848 | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>Karen Hunt | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>Kathleen LeGare<br>6850 Olalla Canyon Road<br>Cashmere, WA 98815 | | | | | X | X | 1.00 |

Sheet no. __12__ of __23__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    $5.00

Total
(Use only on last page of the completed Schedule F.)

In re **Barbara Loran** ,       Case No.   **05-09760-PCW13**

             Debtor                                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Kathy Bergstrom** <br> **2526 NE 14th** <br> **Portland, OR 97212** | | | | | X | X | 1.00 |
| ACCOUNT NO. <br><br> **Kurt and Kate Hettiger** <br> **PO Box 372** <br> **809 N. Orchard** <br> **Hillsboro, MO 63050** | | | | | X | X | 1.00 |
| ACCOUNT NO. <br><br> **Kurt Benshoof** <br> **8255 45th Avenue NE** <br> **Seattle, WA 98115** | | | | | X | X | 1.00 |
| ACCOUNT NO. <br><br> **Larry M. Benjamin** <br> **905 NE 43rd Street #308** <br> **Seattle, WA 98105** | | | | | X | X | 1.00 |
| ACCOUNT NO. <br><br> **Lee Meyers** <br> **2518 123rd Avenue SE** <br> **Bellevue, WA 98005** | | | | | X | X | 1.00 |

Sheet no. 13 of 23 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

Total
(Use only on last page of the completed Schedule F.)

| | |
|---|---|
| Subtotal | $5.00 |
| Total | |

In re  **Barbara Loran**                                                    Case No.  **05-09760-PCW13**

Debtor                                                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Leigh Gill <br> PO Box 1305 <br> Bethel, AK 99559 | | | | | X | X | 1.00 |
| ACCOUNT NO. <br><br> Leona Gow <br> 1514 W. Cleveland <br> Spokane, WA 99205 | | | | | X | X | 1.00 |
| ACCOUNT NO. <br><br> Linda Berkeley <br> 6344 North Atlantic Ave <br> Portland, OR 97217-5002 | | | | | X | X | 1.00 |
| ACCOUNT NO. <br><br> Lisa DeBussy <br> 458 Brooks Lake Road <br> Dubois, WY 82513 | | | | | X | X | 1.00 |
| ACCOUNT NO. <br><br> Lynn Potter <br> 1127 NW 61st Street <br> Seattle, WA 98107 | | | | | X | X | 1.00 |

Sheet no. _14_ of _23_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         **$5.00**

Total
(Use only on last page of the completed Schedule F.)

In re  **Barbara Loran** _____,  Case No.  05-09760-PCW13
                Debtor                                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Manfred Hoffman**<br>**845 Fox Creek Road**<br>**Priest River, ID 863856** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>**Mary Kathleen Hanlon**<br>**1729 12th Avenue #116**<br>**Seattle, WA 98122** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>**Mats Julin**<br>**3634 13th Avenue W**<br>**Seattle, WA 98119** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>**Michael and Susan Hagan**<br>**7951 Eagle Creek Rd**<br>**Leavenworth, WA 98826** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>**Michael Shirley**<br>**25 Valley Trl**<br>**Sedona, AZ 86351-7933** | | | | | X | X | 1.00 |

Sheet no. _15_ of _23_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page of the completed Schedule F.)

| | $5.00 |
|---|---|
| | |

In re  **Barbara Loran**                                                  , Case No.  **05-09760-PCW13**
                  Debtor                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Michelle Devereaux** <br> **4516 36th Avenue NE** <br> **Seattle, WA 98105** | | | | | X | X | 1.00 |
| ACCOUNT NO. <br><br> **Michelle Nunez** <br> **PO Box 2333** <br> **Venice, CA 90294** | | | | | X | X | 1.00 |
| ACCOUNT NO. <br><br> **Nancy Gordon** <br> **c/o Becky Gordon** <br> **845 Fox Ck. Rd.** <br> **Priest River, ID 83856** | | | | | X | X | 1.00 |
| ACCOUNT NO. <br><br> **Natalie Holder** <br> **280 Quincy Street Ste A** <br> **Port Townsend, WA 98368** | | | | | X | X | 1.00 |
| ACCOUNT NO. <br><br> **New Gnostic Church** <br> **PO Box 1201** <br> **Carnation, WA 98014** | | | | | X | X | 1.00 |

Sheet no. _16_ of _23_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)

Total (Use only on last page of the completed Schedule F.)

| | $5.00 |
|---|---|
| | |

In re **Barbara Loran**                                                            , Case No. **05-09760-PCW13**
        Debtor                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Northwest Tax Specialists** 9 Lake Bellevue Dr Suite 118 Bellevue WA 98005 | | | | | | | 1.00 |
| ACCOUNT NO. **Nova Services** | | | | | | | 0.00 |
| ACCOUNT NO. **NVL Labs** | | | | | | | 0.00 |
| ACCOUNT NO. **Ole Sorenson** 707-1755 Robson Street Vancouver BC V6G 3B7 CANADA | | | | | X | X | 1.00 |
| ACCOUNT NO. **Oliver Whipple** 708 11th Avenue E. Polson, MT 59860 | | | | | X | X | 1.00 |

Sheet no. _17_ of _23_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) ➤

Total ➤ (Use only on last page of the completed Schedule F.)

| $3.00 |
|---|

Form B6F - Cont.
(12/03)

Debtor                                                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Omar Lalani** <br>**4490 Atlec Avenue** <br>**Burnaby, BC V5G 3R6 CANADA** | | | | | X | X | 1.00 |
| ACCOUNT NO. <br><br>**Peter Kral** <br>**8255 45th Avenue NE** <br>**Seattle, WA 98115** | | | | | X | X | 1.00 |
| ACCOUNT NO. <br><br>**Peter Tiemann** <br>**PO Box 69141** <br>**Seattle, WA 98168** | | | | | X | X | 1.00 |
| ACCOUNT NO. <br><br>**Rachel Felbeck** <br>**10800 NE 8th St** <br>**Suite 300** <br>**Bellevue WA 98004** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Robert Dickenson** <br>**Snohomish, WA** | | | | | X | X | 1.00 |

Sheet no. _18_ of _23_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

Total
(Use only on last page of the completed Schedule F.)

| | |
|---|---|
| | **$4.00** |
| | |

In re  **Barbara Loran** .  Case No.  <u>05-09760-PCW13</u>
          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Samara Lane**<br>**8255 45th Avenue NE**<br>**Seattle, WA 98115** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>**Sandra Boudrou**<br>**PO Box 3412**<br>**Sequim, WA 98382** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>**Scott & Bonnie Campbell**<br>**172 Wawawai-Pullman Road**<br>**Pullman, WA 99163** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>**Sharon Surret** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>**Stacy Faul** | | | | | X | X | 1.00 |

Sheet no. <u>19</u> of <u>23</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page of the completed Schedule F.)

$5.00

Form B6F - Cont.
(12/03)

In re  **Barbara Loran**                                                                    Case No.  **05-09760-PCW13**
           **Debtor**                                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Student Loans** | | | **Student loans for years 1990-1992 and years 1995-2000; on deferment for 12 months.** | | | | 160,000.00 |
| ACCOUNT NO. <br><br>**Susan Rolfe** <br>**14419 Greenwood Ave N Ste A** <br>**PMB 323** <br>**Seattle, WA 98133** | | | | | X | X | 1.00 |
| ACCOUNT NO. <br><br>**Susie Howell** <br>**1724 3rd Street** <br>**Marysville, WA 98270** | | | | | X | X | 1.00 |
| ACCOUNT NO. <br><br>**Tawna Lucero** <br>**2838 E. Lake Sammamish Pkwy** <br>**Sammamish, WA 98074** | | | | | X | X | 1.00 |
| ACCOUNT NO. <br><br>**Tera Tucker** <br>**5443 26th Avenue SW** <br>**Seattle, WA 98106** | | | | | X | X | 1.00 |

Sheet no. _20_ of _23_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)

Total (Use only on last page of the completed Schedule F.)

| $160,004.00 |
|---|
|  |

In re **Barbara Loran**        Case No.   **05-09760-PCW13**

       Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Terry A E King**<br>**PO Box 18163**<br>**Missoula MT 59808** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Terry Burnham**<br>**2810 N. Monroe**<br>**Spokane, WA 99205** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>**Theresa Carel**<br>**14 Snowberry Lane**<br>**Curlew, WA 99118** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>**Theresa Celeste**<br>**5600 Tracy Avenue**<br>**Edina, MN 55436** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>**Thomas & Susanne Wagner**<br>**PO Box 66**<br>**Wauconda, WA 98859** | | | | | X | X | 1.00 |

Sheet no. 21 of 23 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    $4.00

Total
(Use only on last page of the completed Schedule F.)

In re **Barbara Loran**                                        Case No. **05-09760-PCW13**
                          Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Thomas and Helen Benis** | | | | | | | 0.00 |
| ACCOUNT NO. **Tim Rowe** 14107 NE 62nd Redmond, WA 98052 | | | | | X | X | 1.00 |
| ACCOUNT NO. **Tina Benshoof** 1829 N. 200th Street Shoreline, PA 98133-3304 | | | | | X | X | 1.00 |
| ACCOUNT NO. **Tom Skibowski** 306 2nd Avenue E Polson, MT 59860 | | | | | X | X | 1.00 |
| ACCOUNT NO. **Tyler Stevens** 3701 SW 98th Street Seattle, WA 98126-4021 | | | | | X | X | 1.00 |

Sheet no. 22 of 23 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **$4.00**

Total
(Use only on last page of the completed Schedule F.)

In re  **Barbara Loran**                                      .  Case No.  **05-09760-PCW13**
                        Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Vicki Knapp**<br>**1800 N. Cole Road #I-308**<br>**Boise, ID 83704** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>**WA State Dept of Health**<br>**PO Box 47879**<br>**Olympia WA 98504** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Wayne Ogle**<br>**PO Box 3189**<br>**Bethel, AK 99559** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>**Wing Crest Enterprises, Inc.**<br>**321 Crosby Lane**<br>**Port Angeles, WA 98362** | | | | | X | X | 1.00 |
| ACCOUNT NO.<br><br>**Yoko Spinos**<br>**522 N. 85th Street #A405**<br>**Seattle, WA 98103** | | | | | X | X | 1.00 |

Sheet no. _23_ of _23_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)  | $4.00

Total ➤ (Use only on last page of the completed Schedule F.)  | $172,280.00

(Report also on Summary of Schedules)

Form B6G
(10/89)

In re: **Barbara Loran**                                                                 Case No. **05-09760-PCW13**
                          **Debtor**                                                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
|  |  |

B6H
(6/90)

In re: __Barbara Loran_____ Case No. __05-09760-PCW13_____
(if known)

# SCHEDULE H – CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |
| | |

In Debtor's Statement of Financial Affairs, a lawsuit entitled <u>Kurt Benshoot v. Thomas King</u> is indicated as pending in King County, Washington.  It is believed that plaintiff Benshoot would assert that the debtor herein and James King are co-debtors as to that alleged liability.

In re **Barbara Loran** _____ , Case No. **05-09760-PCW13** _____

  **Debtor**                                                     **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **Single** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Assistant to Marketing Dir.** | |
| Name of Employer | **A Network Systems, Inc** | |
| How long employed | **One month** | |
| Address of Employer | **124 West 1st St**<br>**Suite 675**<br>**Casper WY 82601** | |

| Income: (Estimate of average monthly income) | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ | 1,350.00 | $ |
| Estimated monthly overtime | $ | 0.00 | $ |
| SUBTOTAL | $ | 1,350.00 | $ |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | 50.00 | $ |
| b. Insurance | $ | 0.00 | $ |
| c. Union dues | $ | 0.00 | $ |
| d. Other (Specify) _____ | $ | 0.00 | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 50.00 | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 1,300.00 | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ |
| Income from real property | $ | 0.00 | $ |
| Interest and dividends | $ | 0.00 | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ |
| Social security or other government assistance (Specify) | $ | 0.00 | $ |
| Pension or retirement income | $ | 0.00 | $ |
| Other monthly income | | | |
| (Specify) | $ | 0.00 | $ |
| TOTAL MONTHLY INCOME | $ | 1,300.00 | $ |

TOTAL COMBINED MONTHLY INCOME _____ **$ 1,300.00** _____ (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**Debtor is presently receiving base salary, but anticipates significant income increases as commissions are generated. Debtor will amend plan after one year, and each year thereafter, to both incorporate income increases but also to provide for payment to student loans, which are in deferral for the next 12 months.**

In re **Barbara Loran** , Case No. **05-09760-PCW13**

Debtor (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 400.00 |
| Are real estate taxes included? Yes _____ No ✓ | | |
| Is property insurance included? Yes _____ No ✓ | | |
| Utilities   Electricity and heating fuel | $ | 15.00 |
| Water and sewer | $ | 0.00 |
| Telephone | $ | 0.00 |
| Other | $ | 0.00 |
| Home maintenance (repairs and upkeep) | $ | 0.00 |
| Food | $ | 150.00 |
| Clothing | $ | 25.00 |
| Laundry and dry cleaning | $ | 20.00 |
| Medical and dental expenses | $ | 25.00 |
| Transportation (not including car payments) | $ | 40.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 25.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 0.00 |
| Life | $ | 0.00 |
| Health | $ | 0.00 |
| Auto | $ | 0.00 |
| Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 0.00 |
| Other | $ | 0.00 |
| Alimony, maintenance or support paid to others | $ | 500.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other | $ | 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 1,200.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income | $ | 1,300.00 |
| B. Total projected monthly expenses | $ | 1,200.00 |
| C. Excess income (A minus B) | $ | 100.00 |
| D. Total amount to be paid into plan each _____ **Monthly** (interval) | $ | 100.00 |

# United States Bankruptcy Court
# Eastern District of Washington

In re   **Barbara Loran**

Case No.   **05-09760-PCW13**

Chapter   **13**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 1,760.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 24 | | $ 172,280.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 1,300.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 1,200.00 |
| Total Number of sheets in ALL Schedules ➤ | | 36 | | | |
| Total Assets ➤ | | | $ 1,760.00 | | |
| Total Liabilities ➤ | | | | $ 172,280.00 | |

In re: **Barbara Loran**                                                                      .                    Case No. **05-09760-PCW13**
                        **Debtor**                                                                                            **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**37**_____
                                                                                                                                        (Total shown on summary page plus 1.)

sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____                                    Signature: X _Barbara Loran_
                                                                                                      **Barbara Loran**

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT APPLICABLE)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

### Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1.      Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2.      Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3.      The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4.      Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5.      Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1.      Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.      Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3.      Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4.      After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

### Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family - owned farm.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| _____ | X _~Barbara Horan~_ _____ | **05-09760-PCW13** |
| Date | Signature of Debtor | Case Number |